IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTONIO RIVERRO VILLAR                                                                  PLAINTIFF

V.                               CASE NO. 5:16-CV-05221

DR. ROBERT KARAS                                                                         DEFENDANT

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff Antonio Riverro Villar under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *in forma pauperis* and *pro se*.

When he filed this case on August 19, 2016 (Doc. 1), Plaintiff was incarcerated in the Washington County Detention Center (WCDC). Plaintiff was advised (Doc. 3) that he had the obligation to immediately notify the Court of any changes in his address.

On April 14, 2017, Defendant filed a motion to dismiss (Doc. 24) indicating he had been unable to effect service of correspondence, discovery requests, and a notice of deposition upon the Plaintiff. Defendant indicated that when he attempted to schedule the Plaintiff's deposition he was advised the Plaintiff had been released from the WCDC on December 20, 2016.

Defendant indicated that, based on his counsel's own research, a possible address for the Plaintiff was located in the jail file. The address was P.O. Box 150, West Fork, AR 72774. The Clerk was directed to enter a change of address on the Plaintiff's behalf. The change of address was entered on April 26, 2017.

A show cause order (Doc. 28) was entered giving the Plaintiff until May 12, 2017, to respond to the motion to dismiss and the show cause order. Plaintiff was advised that failure to respond would result in the dismissal of this case. All mail sent to the West Fork address has been returned marked "undeliverable."

No other address is available for the Plaintiff. The Court has not had an accurate address for the Plaintiff since he was released from the WCDC in December 2016. Plaintiff has not filed anything with the Court since November 14, 2016 (Doc. 12).

For these reasons, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 22nd day of May, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE